UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| IN RE TANGOE, INC., SECURITIES LITIGATION | Civil Action No. 3:17-cv-00146-VLB<br><br>MAY 22, 2017 |

**JOINT MOTION REGARDING EXTENSION FOR FILING SECOND AMENDED COMPLAINT AND DEFENDANTS' RESPONSE THERETO**

Lead Plaintiff James Alpha Multi Strategy Alternative Income Portfolio and defendants Gary R. Martino, Albert R. Subbloie, Jr., and Tangoe Inc., ("Defendants") (collectively, "the Parties") for their Joint Motion Regarding Extension for Filing the Second Amended Complaint and Defendants' Response Thereto, state:

1. On May 24, 2016, Plaintiff Sarah Moleski filed a class action complaint in the United States District Court for the District of New Jersey asserting claims against Defendants on behalf of purchasers of Tangoe, Inc. securities between March 18, 2014 and March 7, 2016, seeking to pursue remedies under the Securities Exchange Act of 1934 (Dkt. No. 1);

2. On January 11, 2017, the New Jersey District Court appointed as Lead Plaintiff James Alpha Multi Strategy Alternative Income Portfolio and The Rosen Law Firm P.A. and Finkelstein & Krinsk LLP as Lead Counsel (Dkt. No. 16);

3. On January 30, 2017, this case was electronically transferred from the District of New Jersey to the District of Connecticut (Dkt. No. 22);

4. On March 16, 2017 the Court entered a Scheduling Order in this matter

which set March 29, 2017 as the deadline for filing the Second Amended Complaint (the "Operative Complaint") (Dkt. No. 37);

5. Tangoe filed a Current Report on Form 8-K on March 7, 2016, in which it stated that its previously filed financial statements contained errors in recognizing revenue and that the consolidated financial statements of the fiscal years ending December 31, 2013 and 2014, as well as the quarters ended March 31, 2015, June 30, 2015, and September 30, 2015 should no longer be relied upon;

6. On April 28, 2017, Tangoe announced that it entered into an agreement to be acquired by Marlin Equity Partners. The transaction is expected to close late in the second quarter of 2017. Tangoe believes that it will not be required to complete the restatement if the transaction closes.

7. In the event the transaction does not close, Tangoe will be required to restate its financial results. Lead Plaintiff seeks to review and use the restated financial results in drafting the Operative Complaint.

8. In the interest of judicial efficiency, to avoid unnecessary expense, and to allow for an orderly schedule, the Parties seek a modification of the Scheduling Order as follows, and respectfully move for entry of the Proposed Order attached hereto:

a. Lead Plaintiff shall file its Amended Complaint on June 30, 2017, unless the acquisition of Tangoe by Marlin Equity Partners does not close, in which event, Lead Plaintiff may apply to the Court for an extension of time to file the Amended Complaint.

b. Within forty-five (45) days of filing the Operative Complaint, Defendants shall answer or otherwise respond to the Operative Complaint, subject to any further Orders of this Court; and

c. If Defendants file dispositive motions with respect to the Operative

**Complaint, then (i) Lead Plaintiff shall serve and file its opposition papers within forty-five (45) days, and (ii) Defendants shall serve and file their reply papers within thirty (30) days of Plaintiff's opposition being filed.**

**d. Defendants reserve all defenses, but expressly waive all defenses of insufficient process or insufficient service of process.**

**9. The granting of this Motion may avoid the need for future amendments to the Operative Complaint.**

**WHEREFORE, the Parties respectfully request that this Court grant their motion.**

**Respectfully submitted,**

**SHAPIRO LAW OFFICES, LLC**

**/s/ Jonathan M. Shapiro**
**Jonathan M. Shapiro (ct24075)**
**32 Washington Street**
**Middletown, Connecticut 06457**
**Telephone: (860) 347-3325**
**Facsimile: (860) 347-3874**
**Email:**
**jshapiro@shapirolawofficesct.com**

***Attorney for Lead Plaintiff***

**/s/ Alessandra C. Phillips**
**Alessandra C. Phillips (# 04036-2008)**
**aphillips@rosenlegal.com**
**The Rosen Law Firm, P.A.**
**101 Greenwood Avenue, Suite 440**
**Jenkintown, PA 19046**
**Telephone: (215) 600-2817**
**Facsimile: (212) 202-3827**

***Attorney for Lead Plaintiff***

**/s/ Jeffrey Krinsk**
**Jeffrey Krinsk (CA # 109234 – *pro hac vice pending)***
**jkrinsk@classactionlaw.c om Finkelstein & Krinsk LLP**
**550 West "C" Street, Suite 1760 San Diego, CA 92101**
**Telephone: (619) 238-1333**
**Facsimile: (619) 238-5425**

***Attorney for Lead Plaintiff***

**/s/ William H. Paine**
**William H. Paine (*pro hac vice*)**
**Daniel Willey (*pro hac vice*)**
**Wilmer Cutler Pickering**
**Hale & Dorr LLP**
**60 State Street**
**Boston, MA 1021**
**William.Paine@wilmerhale.com**
**Dan.Willey@wilmerhale.com**
**Tel.: 617-526-6134**
**Fax: 617-526-5000**

**And**

**Glenn M. Cunningham (ct09995)**
**Shipman & Goodwin LLP**
**One Constitution Plaza**
**Hartford, CT 06103**
**Tel.: (860) 251-5722**
**Fax: (860) 251-5218**
**gcunningham@goodwin.com**

***Attorneys for Defendant Tangoe, Inc.***

**/s/ Anthony Jannotta**

**Anthony Jannotta (ct16312)**
**Dentons US LLP**
**1900 K Street, N.W.**
**Washington, D.C. 20006**
**Anthony.jannotta@dentonns.com**
**Tel.: 202-408-6400**
**Fax: 202-408-6399**

***Attorney for Defendant Albert R. Subbloie, Jr.***

**/s/ Alfred U. Pavlis**
**Alfred U. Pavlis (ct08603)**
**Tony Miodonka (ct28262)**
**Finn Dixon & Herling LLP**
**Six Landmark Square**
**Stamford, CT 06901-2689**
**apavlis@fdh.com**
**tmiodonka@fdh.com**
**Tel: (203) 325-5000**
**Fax: (203) 325-5001**

***Attorneys for Defendant Gary R. Martino***

**SO ORDERED.**

**Dated: May ___, 2017**

**By: ______________________________**
**The Honorable Vanessa L. Bryant**
**U.S.D.J.**

## CERTIFICATE OF SERVICE

**I hereby certify that on the date set forth below a copy of the foregoing was served by CMECF and/or mail on anyone unable to accept electronic filing. Notice of this filing will be sent by email to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.**

**/s/ Jonathan M. Shapiro**
**Jonathan M. Shapiro**