# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

|  |  |
|---|---|
| IN RE TANGOE, INC., SECURITIES LITIGATION | )<br>)<br>)<br>) Civil Action No. 3:17-cv-00146-VLB<br>)<br>)<br>)<br>)<br>) |

## LEAD PLAINTIFF'S UNOPPOSED MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT

Pursuant to Fed. R. Civ. P. 23(e), Lead Plaintiff hereby moves this Court for preliminary approval of the settlement of this class action. For the reasons set forth in the accompanying Memorandum of Law in Support of Unopposed Motion for Preliminary Approval of Class Action Settlement and the Declaration of Jacob A. Goldberg in Support of Lead Plaintiff's Unopposed Motion for Preliminary Approval of Class Action Settlment, Lead Plaintiff seeks a Preliminary Approval Order that preliminarily certifies the putative Class for settlement purposes, approves the form and content of the notice program, directs that Lead Plaintiff, through the Settlement Administrator, transmit notice to members of the putative Class, and set a date and time for a final approval hearing.

Dated: October 3, 2017

Respectfully submitted,

**SHAPIRO LAW OFFICES, LLC**

/s/ *Jonathan M. Shapiro*
Jonathan M. Shapiro (ct24075)
32 Washington Street
Middletown, Connecticut 06457
Telephone: (860) 347-3325
Facsimile: (860) 347-3874
jshapiro@shapirolawofficesct.com

**THE ROSEN LAW FIRM, P.A.**
Jacob A. Goldberg
101 Greenwood Avenue, Suite 440
Jenkintown, PA 19046
Telephone: (215) 600-2817
Facsimile: (212) 202-3827
Email: jgoldberg@rosenlegal.com

**FINKELSTEIN & KRINSK LLP**

/s/ *Jeffrey Krinsk*
Jeffrey Krinsk (*pro hac vice*)
David J. Harris, Jr.
550 West "C" Street, Suite 1760
San Diego, CA 92101
Telephone:  (619) 238-1333
Facsimile:  (619) 238-5425
Email: jkrinsk@classactionlaw.com

***Attorneys for Lead Plaintiff***

2

**CERTIFICATE OF SERVICE**

I hereby certify that on the 3rd day of October, 2017, a true and correct copy of the foregoing Plaintiff's Unopposed Motion for Preliminary Approval of Class Action Settlement was served by CM/ECF to the parties registered to the Court's CM/ECF system.

/s/ *Jonathan M. Shapiro*