UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| **IN RE TANGOE, INC., SECURITIES LITIGATION** | Civil Action No.: 3:17-cv-00146-VLB<br><br>LEAD PLAINTIFF'S MOTION FOR (1) FINAL APPROVAL OF SETTLEMENT AND PLAN OF ALLOCATION OF SETTLEMENT PROCEEDS, AND (2) AWARD OF ATTORNEYS' FEES AND EXPENSES |

**TO: ALL PARTIES AND THEIR ATTORNEYS OF RECORD**

PLEASE TAKE NOTICE that, on March 8, 2018, at 9:30 a.m., upon the accompanying memoranda of law, the declarations in support thereof, the Stipulation and Agreement of Settlement filed on October 3, 2017 (ECF No. 59-2), and all prior proceedings had herein, Lead Plaintiff, by and through its attorneys, hereby moves the Court, before the Honorable Vanessa L. Bryant, United States District Court Judge, at the Richard C. Lee United States Courthouse, 141 Church Street, New Haven, Connecticut 06510, for a judgment and orders granting final approval of the proposed settlement of this securities class action, approving the Plan of Allocation of settlement proceeds, and awarding attorneys' fees, reimbursement of expenses, and an Award to Lead Plaintiff pursuant to Federal Rule of Civil Procedure 23(e).

1

| | |
|---|---|
| **Dated: February 1, 2018** | **Respectfully submitted,** |
| | **SHAPIRO LAW OFFICES, LLC** |
| | <u>**/s/ *Jonathan M. Shapiro***</u> |
| | Jonathan M. Shapiro (ct24075) |
| | 32 Washington Street |
| | Middletown, Connecticut 06457 |
| | Telephone: (860) 347-3325 |
| | Facsimile: (860) 347-3874 |
| | jshapiro@shapirolawofficesct.com |
| | |
| | **THE ROSEN LAW FIRM, P.A.** |
| | Jacob A. Goldberg (*pro hac vice*) |
| | 101 Greenwood Avenue, Suite 440 |
| | Jenkintown, PA 19046 |
| | Telephone: (215) 600-2817 |
| | Facsimile: (212) 202-3827 |
| | Email: jgoldberg@rosenlegal.com |
| | |
| | **FINKELSTEIN & KRINSK LLP** |
| | Jeffrey Krinsk  (*pro hac vice*) |
| | David J. Harris, Jr. (*pro hac vice*) |
| | 550 West "C" Street, Suite 1760 |
| | San Diego, CA 92101 |
| | Telephone:  (619) 238-1333 |
| | Facsimile:  (619) 238-5425 |
| | Email: jkrinsk@classactionlaw.com |
| | |
| | ***Attorneys for Lead Plaintiff*** |

## CERTIFICATE OF SERVICE

I hereby certify that on the 1st day of February, 2018, a true and correct copy of the foregoing LEAD PLAINTIFF'S MOTION FOR (1) FINAL APPROVAL OF SETTLEMENT AND PLAN OF ALLOCATION OF SETTLEMENT PROCEEDS, AND (2) AWARD OF ATTORNEYS' FEES AND EXPENSES was served by CM/ECF to the parties registered to the Court's CM/ECF system.

*/s/ Jonathan M. Shapiro*