UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| IN RE TANGOE, INC., SECURITIES LITIGATION | Civil Action No. 3:17-cv-00146-VLB |

## DECLARATION OF JOSEPHINE BRAVATA

I, Josephine Bravata, declare:

1. I submit this declaration in order to provide the Court and the parties to the above-captioned litigation with confirmation of the press release issued on March 7, 2018. I am over 21 years of age and am not a party to the Action. I have personal knowledge of the facts set forth herein.

2. I am the Quality Manager of Strategic Claims Services ("SCS"), a nationally recognized class action administration firm. I have over sixteen years of experience specializing in the administration of class action cases. SCS was established in April 1999 and has administered over three-hundred fifty (350) class action cases since its inception.

3. SCS issued a press release regarding the rescheduling of the Settlement Hearing on March 7, 2018 over Globe Newswire. Attached as Exhibit A is an email confirmation and a copy of the press release.

4.  SCS also updated the website at www.strategicclaims.net with the new hearing date.

I declare under penalty of perjury that the foregoing is true and correct.

Signed this 8th day of March 2018, in Media, Pennsylvania.

*Josephine Bravata*
Josephine Bravata