UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| **IN RE TANGOE, INC., SECURITIES LITIGATION** | : Civil Action No.: 3:17-cv-00146-VLB <br> : <br> : <br> : <br> : <br> : <br> : <br> : |

NOTICE OF UNOPPOSED MOTION FOR DISTRIBUTION OF CLASS ACTION SETTLEMENT FUNDS

PLEASE TAKE NOTICE that counsel for Lead Plaintiff James Alpha Multi Strategy Alternative Income Portfolio shall move before the Vanessa L. Bryant, United States District Court Judge, at the Richard C. Lee United States Courthouse, 141 Church Street, New Haven, Connecticut 06510, for an order granting the Distribution of Class Action Settlement Funds.

In support of this Motion, Lead Plaintiff submits: (1) a Memorandum of Points and Authorities dated October 2, 2018; (2) the Declaration of Josephine Bravata Concerning the Results of the Claims Administration Process ("Bravata Declaration"); and (3) a Proposed Order.

Defendants do not oppose this motion.

| | |
|---|---|
| **Dated: October 2, 2018** | **Respectfully submitted,** |

        **SHAPIRO LAW OFFICES, LLC**

        **/s/ *Jonathan M. Shapiro***
        Jonathan M. Shapiro (ct24075)
        32 Washington Street
        Middletown, Connecticut 06457
        Telephone: (860) 347-3325
        Facsimile: (860) 347-3874
        jshapiro@shapirolawofficesct.com

**THE ROSEN LAW FIRM, P.A.**
Jacob A. Goldberg (*pro hac vice*)
101 Greenwood Avenue, Suite 440
Jenkintown, PA 19046
Telephone: (215) 600-2817
Facsimile: (212) 202-3827
Email: jgoldberg@rosenlegal.com

**FINKELSTEIN & KRINSK LLP**
Jeffrey Krinsk  (*pro hac vice*)
David J. Harris, Jr. (*pro hac vice*)
550 West "C" Street, Suite 1760
San Diego, CA 92101
Telephone:  (619) 238-1333
Facsimile:  (619) 238-5425
Email: jkrinsk@classactionlaw.com

*Attorneys for Lead Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on October 2, 2018, a true and correct copy of the foregoing document was served by CM/ECF to the parties registered to the Court's CM/ECF system.

/s/Jonathan Shapiro